UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:  Chapter 7

Harold Adamo, Jr.,  Case No. 8-14-73640-845

        Debtor.  <u>Order</u>

-----------------------------------------------------------X

        The Trustee having submitted his Final Report [Dkt. No. 495] for approval of this Court and also submitting the Fee Application of his attorneys for a final award of fees and reimbursement of expenses; the Trustee having sought compensation in the sum of $88,011.61 and reimbursement of expenses in the sum of $6.00, and his attorneys, Weinberg, Gross & Pergament LLP, having sought fees in the sum of $750,000.00 and reimbursement of expenses in the sum of $9,995.92 [Dkt. Nos. 496, 497]; and a Statement of No Objection having been filed by the Office of the United States Trustee on April 13, 2021; and Rocco Marini and Josephine Marini, by their counsel Robert Spence, Esq. having requested a reduction in the fees being sought by Weinberg, Gross & Pergament LLP; and Rocco Marini and Josephine Marini and Weinberg, Gross & Pergament LLP having resolved the informal objection and Weinberg, Gross & Pergament LLP having agreed to seek the sum of $685,000.00 for fees and reimbursement of expenses in the sum of $9,995.92 [Dkt. No. 502]; and a hearing having been held before the Court on May 18, 2021; and the Court having found that the request for commissions and fees to be fair and reasonable; and the Trustee having filed an Amended Trustee's Final Report on May 25, 2021 [Dkt. No. 504]; and after due deliberation, it is hereby

        ORDERED, that the Trustee's Amended Final Report dated May 25, 2021 is approved herein; and it is further

ORDERED, that the Trustee is awarded compensation in the sum of $88,011.61 and reimbursement of expenses in the sum of $6.00, and he is authorized to remit payment to himself for those amounts, and it is further

ORDERED, that Weinberg, Gross & Pergament LLP, the Trustee's attorneys are awarded as and for their fees the sum of $685,000.00 and reimbursement of expenses in the sum of $9,995.92 and the Trustee is authorized to remit payment to his attorneys for those amounts.



**Dated: May 25, 2021**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**