# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Adamo, Harold, Jr. | § Case No. 814-73640 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Marc A. Pergament, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $737,760.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants:$1,026,593.60 | Claims Discharged Without Payment: $20,116,166.11 |
| Total Expenses of Administration:$1,036,246.08 | |

3) Total gross receipts of $ 2,158,835.23 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 95,994.28 (see **Exhibit 2**), yielded net receipts of $2,062,840.95 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $72,000.00 | $98,881.13 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,003,233.38 | 871,246.08 | 871,246.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 432,892.26 | 165,000.00 | 165,000.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 20,232,000.00 | 21,239,500.89 | 21,099,759.71 | 1,026,593.60 |
| **TOTAL DISBURSEMENTS** | $20,304,000.00 | $22,774,507.66 | $22,136,005.79 | $2,062,839.68 |

4)  This case was originally filed under Chapter 7 on August 06, 2014. The case was pending for 64 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2021_____    By: /s/Marc A. Pergament_____
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| H.L.A. BENGEYFIELD FAMILY LIMITED PARTNERSHIP | 1129-000 | 1,291,450.04 |
| H.L.A. WILLIS FAMILY LIMITED PARTNERSHIP | 1129-000 | 343,212.16 |
| H.L.A. LAKE SHORE FAMILY LIMITED PARTNERSHIP | 1129-000 | 138,264.60 |
| H.L.A. FIVE GIFTS FAMILY LIMITED PARTNERSHIP | 1129-000 | 257,218.29 |
| ADVERSARY PROCEEDING V. BROOKLYN COLLEGE | 1249-000 | 22,500.00 |
| ADVERSARY PROCEEDING V. FARIFIELD UNIVERSITY | 1249-000 | 51,500.00 |
| ADVERSARY PROCEEDING V. HOFSTRA UNIVERSITY | 1249-000 | 54,129.62 |
| TURNOVER OF TD BANK ACCOUNT | 1129-000 | 162.39 |
| Interest Income | 1270-000 | 398.13 |
| **TOTAL GROSS RECEIPTS** | | $2,158,835.23 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Silverman Acamport LLP | Pursuant to Stipulation | 8500-002 | 0.00 |
| Rocco Marini and Josephine Marini | Pursuant to Stipulation | 8500-002 | 80,994.28 |
| Silverman Acampora LLP | Pursuant to Stipulation | 8500-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $95,994.28 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US BANK N.A. | 4210-000 | N/A | 27,837.76 | 0.00 | 0.00 |
| 2 | Bank of the West | 4210-000 | 72,000.00 | 71,043.37 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL SECURED CLAIMS | | $72,000.00 | $98,881.13 | $0.00 | $0.00 |
|---|---|---|---|---|---|

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Marc A. Pergament | 2100-000 | N/A | 88,011.61 | 88,011.61 | 88,011.61 |
| Trustee Expenses - Marc A. Pergament | 2200-000 | N/A | 6.00 | 6.00 | 6.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Attorney for Trustee Fees (Trustee Firm) - Weinberg, Gross & Pergament LLP | 3110-000 | N/A | 816,987.30 | 685,000.00 | 685,000.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Weinberg, Gross & Pergament LLP | 3120-000 | N/A | 9,995.92 | 9,995.92 | 9,995.92 |
| U.S. Trustee Quarterly Fees - Office of the U.S. Trustee | 2950-000 | N/A | 974.76 | 974.76 | 974.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 0.02 | 0.02 | 0.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2.37 | 2.37 | 2.37 |
| Other - Lisa Adamo | 2990-000 | N/A | 50,000.00 | 50,000.00 | 50,000.00 |
| Other - Harvey A. Strickton | 3721-000 | N/A | 5,442.35 | 5,442.35 | 5,442.35 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 116.84 | 116.84 | 116.84 |
| Other - Mechanics Bank | 2600-000 | N/A | 252.36 | 252.36 | 252.36 |

**UST Form 101-7-TDR (10/1/2010)**

| Other – Mechanics Bank | 2600-000 | N/A | 504.33 | 504.33 | 504.33 |
| Other – Mechanics Bank | 2600-000 | N/A | 685.29 | 685.29 | 685.29 |
| Other – Mechanics Bank | 2600-000 | N/A | 2,653.81 | 2,653.81 | 2,653.81 |
| Other – Mechanics Bank | 2600-000 | N/A | 2,573.83 | 2,573.83 | 2,573.83 |
| Other – Mechanics Bank | 2600-000 | N/A | 3,006.95 | 3,006.95 | 3,006.95 |
| Other – Mechanics Bank | 2600-000 | N/A | 3,556.09 | 3,556.09 | 3,556.09 |
| Other – Mechanics Bank | 2600-000 | N/A | 3,339.92 | 3,339.92 | 3,339.92 |
| Other – Mechanics Bank | 2600-000 | N/A | 3,223.48 | 3,223.48 | 3,223.48 |
| Other – People's United Bank | 2600-000 | N/A | 3,662.83 | 3,662.83 | 3,662.83 |
| Other – People's United Bank | 2810-000 | N/A | 8.49 | 8.49 | 8.49 |
| Other – People's United Bank | 2600-000 | N/A | 3,221.43 | 3,221.43 | 3,221.43 |
| Other – People's United Bank | 2810-000 | N/A | 8.47 | 8.47 | 8.47 |
| Other – People's United Bank | 2810-000 | N/A | -8.49 | -8.49 | -8.49 |
| Other – People's United Bank | 2810-000 | N/A | -8.47 | -8.47 | -8.47 |
| Other – People's United Bank | 2600-000 | N/A | 3,105.89 | 3,105.89 | 3,105.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,003,233.38 | $871,246.08 | $871,246.08 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Tarter Krinsky & Drogin LLP | 6210-160 | N/A | 80,366.58 | 0.00 | 0.00 |
| Platzer Swergold Levine LLP et al | 6210-160 | N/A | 300,873.50 | 165,000.00 | 165,000.00 |
| Catafago Fini LLP | 6210-600 | N/A | 50,000.00 | 0.00 | 0.00 |
| Catafago Fini LLP | 6220-610 | N/A | 1,652.18 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $432,892.26 | $165,000.00 | $165,000.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American Express Bank, FSB | 7100-000 | 18,000.00 | 27,082.71 | 27,082.71 | 1,440.86 |
| 4 | Ford Motor Credit Company LLC | 7100-000 | N/A | 36,634.37 | 36,634.37 | 1,949.01 |
| 5 | CERASTES, LLC | 7100-000 | N/A | 33,352.81 | 0.00 | 0.00 |
| 5 -2 | CERASTES, LLC | 7100-000 | 33,000.00 | 33,352.81 | 33,352.81 | 1,774.43 |
| 6 | Daimler Trust | 7100-000 | N/A | 17,778.97 | 0.00 | 0.00 |
| 6 -2 | Daimler Trust | 7100-000 | N/A | 17,778.97 | 17,778.97 | 945.87 |
| 7 | American Express Centurion Bank | 7100-000 | 90,000.00 | 76,333.74 | 76,333.74 | 4,061.09 |
| 8 | Bank of America | 7100-000 | 48,000.00 | 49,945.90 | 49,945.90 | 2,657.21 |
| 11 | Barket Marion Epstein & Kearon, LLP | 7100-000 | N/A | 88,609.40 | 0.00 | 0.00 |
| 13 | Rocco & Josephine Marini | 7100-000 | 20,000,000.00 | 20,858,631.21 | 20,858,631.21 | 1,013,765.13 |
| NOTFILED | Citibank Mastercard | 7100-000 | 19,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mastercard | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Citibank MasterCard | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$20,232,000.00** | **$21,239,500.89** | **$21,099,759.71** | **$1,026,593.60** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 814-73640

**Case Name:** Adamo, Harold, Jr.

**Period Ending:** 11/04/21

**Trustee:** (521140) Marc A. Pergament

**Filed (f) or Converted (c):** 07/13/16 (c)

**§341(a) Meeting Date:** 08/11/16

**Claims Bar Date:** 11/21/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 2 | BANK ACCOUNT | 10.00 | 10.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 750.00 | 750.00 | | 0.00 | FA |
| 6 | WEDDING RING | 600.00 | 600.00 | | 0.00 | FA |
| 7 | WATCH | 400.00 | 400.00 | | 0.00 | FA |
| 8 | FIREARMS AND HOBBY EQUIPMENT | 500.00 | 500.00 | | 0.00 | FA |
| 9 | STATE FARM UNIVERSAL LIFE POLICY | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 10 | 401K | 471,000.00 | 471,000.00 | | 0.00 | FA |
| 11 | 50% STOCK H. EDWARD RARE COINS &<br>COLLECTIBLES  (See Footnote) | 0.00 | 1.00 | | 0.00 | FA |
| 12 | 50% STOCK CHEELESS TREASURE CHEST INC<br>(See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | H.L.A. BENGEYFIELD FAMILY LIMITED<br>PARTNERSHIP | 638,000.00 | 638,000.00 | | 1,291,450.04 | FA |
| 14 | H.L.A. WILLIS FAMILY LIMITED PARTNERSHIP | 200,000.00 | 200,000.00 | | 343,212.16 | FA |
| 15 | H.L.A. LAKE SHORE FAMILY LIMITED<br>PARTNERSHIP | 120,000.00 | 120,000.00 | | 138,264.60 | FA |
| 16 | H.L.A. FIVE GIFTS FAMILY LIMITED PARTNERSHIP | 100,000.00 | 100,000.00 | | 257,218.29 | FA |
| 17 | H.L.A. VEHICLE FAMILY LIMITED PARTNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 18 | H.L.A. COINS FAMILY LIMITED PARTNERSHIP | 175,000.00 | 175,000.00 | | 0.00 | FA |
| 19 | N.H.A. FAMILY LIMITED PARTNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 20 | GENERAL PARTNER OF NHA RARITY FUND LP | 0.00 | 0.00 | | 0.00 | FA |
| 21 | GENERAL PARTNER OF NHA RARITY FUND LTD<br>PARTNER | 0.00 | 0.00 | | 0.00 | FA |
| 22 | SOLE GP NHA RARITY FUND GP LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23 | SOLE MEMBER GOLD BULL HOLDINGS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 24 | AUTOMOBILES AND OTHER VEHICLES | 800.00 | 800.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 814-73640 | **Trustee:** (521140) Marc A. Pergament | |
| **Case Name:** Adamo, Harold, Jr. | **Filed (f) or Converted (c):** 07/13/16 (c) | |
| | **§341(a) Meeting Date:** 08/11/16 | |
| **Period Ending:** 11/04/21 | **Claims Bar Date:** 11/21/16 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>(Scheduled And Unscheduled (u) Property) | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| 25 | 2014 MONTEREY 288 SS BOAT | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 26 | ADVERSARY PROCEEDING V. BROOKLYN COLLEGE  (u)  (See Footnote) | 0.00 | 1.00 | | 22,500.00 | FA |
| 27 | ADVERSARY PROCEEDING V. FARIFIELD UNIVERSITY  (u)  (See Footnote) | 0.00 | 1.00 | | 51,500.00 | FA |
| 28 | ADVERSARY PROCEEDING V. HOFSTRA UNIVERSITY  (u)  (See Footnote) | 0.00 | 1.00 | | 54,129.62 | FA |
| 29 | ADVERSARY PROCEEDING V. ST. JOHNS UNIVERSITY  (u)  (See Footnote) | 0.00 | 1.00 | | 0.00 | FA |
| 30 | FRAUDULENT CONVEYANCE 362 WILLIS AVE, MINEOLA  (u)  (See Footnote) | 0.00 | 1.00 | | 0.00 | FA |
| 31 | TURNOVER OF TD BANK ACCOUNT | 0.00 | 1.00 | | 162.39 | FA |
| 32 | ADVERSARY PROCEEDING V. FAMILY MEMBERS (u)  (See Footnote) | 0.00 | 1.00 | | 0.00 | FA |
| 33 | 50% COMMON STOCK THE BOLTON GROUP INC. | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 398.13 | FA |
| 34 | **Assets**   **Totals** (Excluding unknown values) | **$1,795,760.00** | **$1,795,768.00** | | **$2,158,835.23** | **$0.00** |

| | |
|---|---|
| RE PROP# 11 | Value identified strictly for reporting purposes |
| RE PROP# 12 | Value identified strictly for reporting purposes |
| RE PROP# 26 | Value identified strictly for reporting purposes |
| RE PROP# 27 | Value identified strictly for reporting purposes |
| RE PROP# 28 | Value identified strictly for reporting purposes |
| RE PROP# 29 | Value identified strictly for reporting purposes |
| RE PROP# 30 | Value identified strictly for reporting purposes |
| RE PROP# 32 | Value identified strictly for reporting purposes |

**Major Activities Affecting Case Closing:**

TFR Submitted to UST 04/21

TDR Submitted to UST 11/21

Interest in Fraudulent Coneyances

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 814-73640 | **Trustee:** (521140) Marc A. Pergament |
| **Case Name:** Adamo, Harold, Jr. | **Filed (f) or Converted (c):** 07/13/16 (c) |
| | **§341(a) Meeting Date:** 08/11/16 |
| **Period Ending:** 11/04/21 | **Claims Bar Date:** 11/21/16 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2019       **Current Projected Date Of Final Report (TFR):** April 13, 2021 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 814-73640
**Case Name:** Adamo, Harold, Jr.

**Taxpayer ID #:** **-***2791
**Period Ending:** 11/04/21

**Trustee:** Marc A. Pergament (521140)
**Bank Name:** Mechanics Bank
**Account:** ******6366 - Money Market Account
**Blanket Bond:** $48,172,046.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/17 | {31} | TD Bank | Turnover of TD Bank Account | 1129-000 | 8,179.86 | | 8,179.86 |
| 03/31/17 | 101 {31} | Harold Adamo, Jr. | Return of Bank Account | 1129-000 | -8,017.47 | | 162.39 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 152.39 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 142.39 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 132.39 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 122.39 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 112.39 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 102.39 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 92.39 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 82.39 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 72.39 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 62.39 |
| 01/03/18 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2018 FOR CASE #814-73640, BOND # 016027942 Term: 01/01/18 to 01/01/19 | 2300-000 | | 0.02 | 62.37 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 52.37 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 42.37 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 32.37 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 22.37 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12.37 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2.37 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2.37 | 0.00 |
| 03/19/19 | {14} | New York IOLA Trust Accounts<br>Michael A. Rich, Esq., Trustee | H.L.A. Willis Family Limited Partnership | 1129-000 | 36,732.60 | | 36,732.60 |
| 03/19/19 | {14} | Jose Fernando Garcia | H.L.A. Willis Family Limited Partnership | 1129-000 | 49,456.24 | | 86,188.84 |
| 03/19/19 | {14} | Mincone & Mincone, P.C. | H.L.A. Willis Family Limited Partnership | 1129-000 | 257,023.32 | | 343,212.16 |
| 05/15/19 | 103 | Lisa Adamo | Pursuant to Court Order dated May 13, 2019, 362 Willis Ave., Mineola property | 2990-000 | | 50,000.00 | 293,212.16 |
| 07/22/19 | 104 | Harvey A. Strickton | Mediator for Trustee - Fees | 3721-000 | | 5,442.35 | 287,769.81 |
| 01/13/20 | 105 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/13/2020 FOR CASE #814-73640, Bond # 016027942 | 2300-000 | | 116.84 | 287,652.97 |
| 01/27/20 | {26} | Brooklyn Law School | Adversary Proceeding v. Brooklyn Law | 1249-000 | 22,500.00 | | 310,152.97 |
| 02/25/20 | {27} | Fairfield University | Advesary proceeding v Fairfield University | 1249-000 | 600.00 | | 310,752.97 |
| 02/26/20 | {28} | Hofstra University | Adversary Prodeeding v. Hofstra Univerity | 1249-000 | 5,029.62 | | 315,782.59 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 252.36 | 315,530.23 |

Subtotals :    $371,504.17    $55,973.94

{} Asset reference(s)

Printed: 11/04/2021 10:49 AM    V.20.36

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 814-73640
**Case Name:** Adamo, Harold, Jr.

**Taxpayer ID #:** **-***2791
**Period Ending:** 11/04/21

**Trustee:** Marc A. Pergament (521140)
**Bank Name:** Mechanics Bank
**Account:** ******6366 - Money Market Account
**Blanket Bond:** $48,172,046.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 504.33 | 315,025.90 |
| 05/21/20 | {13} | McDonald Real Estate Professionals, Inc. | H.L.A. Bengeyfield Family Limited Partnership | 1129-000 | 33,000.00 | | 348,025.90 |
| 05/21/20 | {13} | Michael A. Rich Esq. | H.L.A. Bengeyfield Family Limited Partnership | 1129-000 | 45,897.74 | | 393,923.64 |
| 05/21/20 | {13} | Scott P. Rabinowitz/Alisa N. Femia | H.L.A. Bengeyfield Family Limited Partnership | 1129-000 | 183,890.23 | | 577,813.87 |
| 05/21/20 | {13} | Burke & Burke Esqs. PC | H.L.A. Bengeyfield Family Limited Partnership | 1129-000 | 979,437.77 | | 1,557,251.64 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 685.29 | 1,556,566.35 |
| 06/30/20 | Int | Mechanics Bank | Interest posting at 0.0200% | 1270-000 | 17.06 | | 1,556,583.41 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 2,653.81 | 1,553,929.60 |
| 07/15/20 | {13} | New Yorki IOLA Trust Accounts Michael A Rich Esq Trtee | H.L.A. Bengeyfield Family Limited Partnership | 1129-000 | 9,145.00 | | 1,563,074.60 |
| 07/28/20 | {15} | Kimberly M. Wells, Attorney at Law | H.L.A. Lake Shore Family Limited Partnership | 1129-000 | 138,264.60 | | 1,701,339.20 |
| 07/31/20 | Int | Mechanics Bank | Interest posting at 0.0200% | 1270-000 | 26.46 | | 1,701,365.66 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 2,573.83 | 1,698,791.83 |
| 08/04/20 | {16} | New Yorki IOLA Trust Accounts Michael A. Rich Esq. | H.L.A. FIVE GIFTS FAMILY LIMITED PARTNERSHIP | 1129-000 | 257,218.29 | | 1,956,010.12 |
| 08/18/20 | {28} | Hofstra University | Adversary Proceeding v. Hofstra University | 1249-000 | 49,100.00 | | 2,005,110.12 |
| 08/18/20 | {27} | Fairfiled University | Adversary Proceeding v. Fairfield University | 1249-000 | 50,900.00 | | 2,056,010.12 |
| 08/31/20 | Int | Mechanics Bank | Interest posting at 0.0200% | 1270-000 | 33.02 | | 2,056,043.14 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 3,006.95 | 2,053,036.19 |
| 09/03/20 | {13} | Bullion Shark LLC | H.L.A. BENGEYFILED FAMILY LIMITED PARTNERSHIP | 1129-000 | 40,079.30 | | 2,093,115.49 |
| 09/30/20 | Int | Mechanics Bank | Interest posting at 0.0200% | 1270-000 | 34.25 | | 2,093,149.74 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 3,556.09 | 2,089,593.65 |
| 10/30/20 | Int | Mechanics Bank | Interest posting at 0.0200% | 1270-000 | 35.49 | | 2,089,629.14 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 3,339.92 | 2,086,289.22 |
| 11/30/20 | Int | Mechanics Bank | Interest posting at 0.0200% | 1270-000 | 34.29 | | 2,086,323.51 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 3,223.48 | 2,083,100.03 |
| 12/01/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 2,083,100.03 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | | 2,158,617.67 | 2,158,617.67 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 2,083,100.03 | |
| | | **Subtotal** | | | 2,158,617.67 | 75,517.64 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$2,158,617.67** | **$75,517.64** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 814-73640 | | Trustee: | Marc A. Pergament (521140) |
| Case Name: | Adamo, Harold, Jr. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******6367 - Checking Account |
| Taxpayer ID #: | **-***2791 | | Blanket Bond: | $48,172,046.00   (per case limit) |
| Period Ending: | 11/04/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 814-73640  
**Case Name:** Adamo, Harold, Jr.

**Taxpayer ID #:** **-***2791  
**Period Ending:** 11/04/21

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** People's United Bank  
**Account:** ******5642 - Money Market Account  
**Blanket Bond:** $48,172,046.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/20 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 2,083,100.03 | | 2,083,100.03 |
| 12/31/20 | Int | People's United Bank | Interest posting at 0.0200% | 1270-000 | 35.38 | | 2,083,135.41 |
| 12/31/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 3,662.83 | 2,079,472.58 |
| 12/31/20 | | People's United Bank | posting | 2810-000 | | 8.49 | 2,079,464.09 |
| 01/29/21 | Int | People's United Bank | Interest posting at 0.0200% | 1270-000 | 35.31 | | 2,079,499.40 |
| 01/29/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 3,221.43 | 2,076,277.97 |
| 01/29/21 | | People's United Bank | posting | 2810-000 | | 8.47 | 2,076,269.50 |
| 02/02/21 | | People's United Bank | Backup Withholding | 2810-000 | | -8.49 | 2,076,277.99 |
| 02/02/21 | | People's United Bank | Backup Withholding | 2810-000 | | -8.47 | 2,076,286.46 |
| 02/26/21 | Int | People's United Bank | Interest posting at 0.0200% | 1270-000 | 31.85 | | 2,076,318.31 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 3,105.89 | 2,073,212.42 |
| 03/31/21 | Int | People's United Bank | Interest posting at 0.0200% | 1270-000 | 35.22 | | 2,073,247.64 |
| 04/30/21 | Int | People's United Bank | Interest posting at 0.0200% | 1270-000 | 34.07 | | 2,073,281.71 |
| 05/28/21 | Int | People's United Bank | Interest posting at 0.0200% | 1270-000 | 35.22 | | 2,073,316.93 |
| 06/01/21 | 10106 | Weinberg, Gross & Pergament LLP | Dividend paid 100.00% on $685,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 685,000.00 | 1,388,316.93 |
| 06/01/21 | 10107 | Weinberg, Gross & Pergament LLP | Dividend paid 100.00% on $9,995.92, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 9,995.92 | 1,378,321.01 |
| 06/01/21 | 10108 | Marc A. Pergament | Dividend paid 100.00% on $88,011.61, Trustee Compensation; Reference: | 2100-000 | | 88,011.61 | 1,290,309.40 |
| 06/01/21 | 10109 | Marc A. Pergament | Dividend paid 100.00% on $6.00, Trustee Expenses; Reference: | 2200-000 | | 6.00 | 1,290,303.40 |
| 06/01/21 | 10110 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $1,750.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 1,750.00 | 1,288,553.40 |
| 06/01/21 | 10111 | Office of the U.S. Trustee | Dividend paid 100.00% on $974.76, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 974.76 | 1,287,578.64 |
| 06/01/21 | 10112 | Platzer Swergold Levine LLP et al | Dividend paid 100.00% on $165,000.00, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 165,000.00 | 1,122,578.64 |
| 06/01/21 | 10113 | American Express Bank, FSB | Dividend paid 5.32% on $27,082.71; Claim# 3; Filed: $27,082.71; Reference: 3004 | 7100-000 | | 1,440.86 | 1,121,137.78 |
| 06/01/21 | 10114 | Ford Motor Credit Company LLC | Dividend paid 5.32% on $36,634.37; Claim# 4; Filed: $36,634.37; Reference: 0606 | 7100-000 | | 1,949.01 | 1,119,188.77 |
| 06/01/21 | 10115 | CERASTES, LLC | Dividend paid 5.32% on $33,352.81; Claim# 5 | 7100-000 | | 1,774.43 | 1,117,414.34 |

Subtotals :        $2,083,307.08        $965,892.74

{} Asset reference(s)

Printed: 11/04/2021 10:49 AM    V.20.36

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 814-73640
**Case Name:** Adamo, Harold, Jr.

**Taxpayer ID #:** **-***2791
**Period Ending:** 11/04/21

**Trustee:** Marc A. Pergament (521140)
**Bank Name:** People's United Bank
**Account:** ******5642 - Money Market Account
**Blanket Bond:** $48,172,046.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | -2; Filed: $33,352.81; Reference: 4929 | | | | |
| 06/01/21 | 10116 | Daimler Trust | Dividend paid 5.32% on $17,778.97; Claim# 6 -2; Filed: $17,778.97; Reference: 4001 | 7100-000 | | 945.87 | 1,116,468.47 |
| 06/01/21 | 10117 | American Express Centurion Bank | Dividend paid 5.32% on $76,333.74; Claim# 7; Filed: $76,333.74; Reference: 5002 | 7100-000 | | 4,061.09 | 1,112,407.38 |
| 06/01/21 | 10118 | Bank of America | Dividend paid 5.32% on $49,945.90; Claim# 8; Filed: $49,945.90; Reference: | 7100-000 | | 2,657.21 | 1,109,750.17 |
| 06/01/21 | 10119 | Rocco & Josephine Marini | Dividend paid 5.32% on $20,858,631.21; Claim# 13; Filed: $20,858,631.21; Reference: | 7100-000 | | 1,013,765.13 | 95,985.04 |
| 06/30/21 | Int | People's United Bank | Interest posting at 0.0200% | 1270-000 | 7.61 | | 95,992.65 |
| 07/30/21 | Int | People's United Bank | Interest posting at 0.0200% | 1270-000 | 1.63 | | 95,994.28 |
| 08/26/21 | Int | People's United Bank | Interest posting at 0.0200% | 1270-000 | 1.27 | | 95,995.55 |
| 08/26/21 | | To Account #******5376 | CLOSE OUT OF MMA | 9999-000 | | 95,994.28 | 1.27 |
| 08/27/21 | | Interest Credit | Debit of Interest Credit | 9999-000 | | 1.27 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | 2,083,317.59 | 2,083,317.59 | $0.00 |
| Less: Bank Transfers | 2,083,100.03 | 95,995.55 | |
| **Subtotal** | 217.56 | 1,987,322.04 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$217.56** | **$1,987,322.04** | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 814-73640 | |
| **Case Name:** | Adamo, Harold, Jr. | |
| | | |
| **Taxpayer ID #:** | **-***2791 | |
| **Period Ending:** | 11/04/21 | |

| | |
|---|---|
| **Trustee:** | Marc A. Pergament (521140) |
| **Bank Name:** | People's United Bank |
| **Account:** | ******5376 - Checking Account |
| **Blanket Bond:** | $48,172,046.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/21 | | From Account #******5642 | CLOSE OUT OF MMA | 9999-000 | 95,994.28 | | 95,994.28 |
| 08/26/21 | 15120 | Silverman Acamport LLP | Pursuant to Stipulation<br>Voided on 08/26/21 | 8500-002 | | 15,000.00 | 80,994.28 |
| 08/26/21 | 15120 | Silverman Acamport LLP | Pursuant to Stipulation<br>Voided: check issued on 08/26/21 | 8500-002 | | -15,000.00 | 95,994.28 |
| 08/26/21 | 15121 | Rocco Marini and Josephine Marini | Pursuant to Stipulation | 8500-002 | | 80,994.28 | 15,000.00 |
| 08/26/21 | 15122 | Silverman Acampora LLP | Pursuant to Stipulation | 8500-002 | | 15,000.00 | 0.00 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 164.10 | -164.10 |
| 09/03/21 | | People's United Bank | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -164.10 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 95,994.28 | 95,994.28 | $0.00 |
| Less: Bank Transfers | | 95,994.28 | 0.00 | |
| **Subtotal** | | 0.00 | 95,994.28 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$95,994.28** | |

| | |
|---|---|
| Net Receipts : | 2,158,835.23 |
| Less Other Noncompensable Items : | 95,994.28 |
| Net Estate : | $2,062,840.95 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ******6366** | 2,158,617.67 | 75,517.64 | 0.00 |
| **Checking # ******6367** | 0.00 | 0.00 | 0.00 |
| **MMA # ******5642** | 217.56 | 1,987,322.04 | 0.00 |
| **Checking # ******5376** | 0.00 | 95,994.28 | 0.00 |
| | $2,158,835.23 | $2,158,833.96 | $0.00 |