United States Bankruptcy Court
Eastern District of New York

In re: Case No. 14-73640-las
Harold Adamo, Jr. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8      User: admin      Page 1 of 5
Date Rcvd: Dec 21, 2021      Form ID: 269      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Harold Adamo, Jr., 207 Bengeyfield Drive, East Williston, NY 11596-1406 |
| aty | + | Catafago Fini, The Empire State Building, 350 Fifth Avenue, Suite 4810, New York, NY 10118-4810 |
| aty | #+ | Scott A Moss, 8053 E 24th Drive, Denver, CO 80238-3062 |
| aty | + | Weinberg, Gross & Pergament LLP, Suite 403, 400 Garden City Plaza, Garden City, NY 11530-3336 |
| smg | + | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| 8390441 | + | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 8419392 | | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 8390442 | + | American Express Business, PO Box 1270, Newark, NJ 07101-1270 |
| 8490959 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 8390443 | + | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 8498017 | | Bank of America, NC1-001-07-06, 191 N Tryon ST, Charlotte NC 28255-0001 |
| 8390444 | + | Bank of the West, P.O. Box 4024, Alameda, CA 94501-0424 |
| 9430672 | + | Bank of the West, c/o Mark E. Cohen, Esq., 108-18 Queens Boulevard, 4th Floor, Suite 3, Forest Hills, NY 11375-4750 |
| 8914385 | + | Barket Marion Epstein & Kearon, LLP, 666 Old Country Road, Suite 700, Garden City, New York 11530-2018 |
| 8390445 | + | Black Card Visa, PO Box 8801, Wilmington, DE 19899-8801 |
| 8454097 | + | CERASTES, LLC, C O WEINSTEIN, PINSON, AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 8914833 | + | Catafago Fini LLP, 350 Fifth Avenue, Suite 7412, New York, NY 10118-7412 |
| 8481584 | + | Creditors Rocco Marini and Josephine Marini, Sharan Abraham, Esq., 37 South Street, Roslyn Heights, NY 11577, Email: sharanrachel@gmail.com 11577-1714 |
| 8400478 | + | Ford Motor Credit Company LLC, c/o Schiller & Knapp LLP, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |
| 8914127 | + | Platzer Swergold Levine LLP et al, 475 Park Avenue South 18th Floor, New York, NY 10016-6901 |
| 8914034 | + | Platzer, Swergold, et al LLP, 475 Park Avenue South, 18th Floor, New York, NY 10016-6901, Attn: Clifford Katz, Esq. |
| 8914125 | + | Platzer,Swergold,Levine,, Goldberg,Katz & Jaslow, LLP, 475 Park Ave, South, 18th Floor, New York, NY 10016-6901 |
| 9919199 | + | Robert J. Spence, Esq., SPENCE LAW OFFICE, P.C., 55 Lumber Road, Suite 5, Roslyn, New York 11576-3309 |
| 8390450 | + | Rocco & Josephine Marini, 11 Deep Woods Ct., Old Westbury, NY 11568-1005 |
| 8482433 | + | Rocco Marini and Josephine Marini, Sharan Abraham, Esq., 37 South Street, Roslyn Heights, NY 11577-1714 |
| 8393975 | + | Rocco Marini and Josephine Marini, Marianna Moss, Attorney at Law LLC, 8053 East 24th Drive, Denver, Colorado 80238-3062 |
| 8394407 | #+ | Rocco Marini and Josephine Marini, Attention: Scott Moss, Esq., 8053 East 24th Drive, Denver, Colorado 80238-3062 |
| 8391904 | + | Rocco and Josephine Marini, c/o SilvermanAcampora LLP, Attn: Anthony C. Acampora, Esq., 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753-2702 |
| 8390451 | + | Schlam Stone & Dolan, 26 Broadway, New York, NY 10004-1831 |
| 8899756 | + | Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018-0947, Attn: Scott S. Markowitz, Esq. |
| 9955598 | + | U.S. Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6299 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 21 2021 18:16:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 21 2021 18:16:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 8408530 | + | Email/Text: bknotices@bankofthewest.com | Dec 21 2021 18:16:19 | 12240-0001<br>Bank of the West, 2527 Camino Ramon, San Ramon CA 94583-4213 |
| 8390447 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2021 18:26:14 | Citibank Mastercard, PO Box 183071, Columbus, OH 43218 |
| 8489175 | | Email/Text: M74banko@daimler.com | Dec 21 2021 18:16:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 8446776 | | Email/Text: EBNBKNOT@ford.com | Dec 21 2021 18:16:00 | Ford Motor Credit Company LLC, Department 55953, PO Box 55000, Detroit, Michigan 48255 |
| 8390446 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2021 18:26:14 | Chase Mastercard, PO Box 15153, Wilmington, DE 19886 |
| 8390448 | + | Email/Text: EBNBKNOT@ford.com | Dec 21 2021 18:16:00 | Lincoln Automotive Fin., PO Box 542000, Omaha, NE 68154-8000 |
| 8390449 | + | Email/Text: M74banko@daimler.com | Dec 21 2021 18:16:00 | Mercedes Benz, PO Box 5209, Carol Stream, IL 60197-5209 |
| 8390452 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2021 18:26:14 | Sears Citibank MasterCard, PO Box 183082, Columbus, OH 43218-3082 |
| 8404594 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 21 2021 18:16:00 | US BANK N.A., BANKRUPTCY DEPARTMENT, P.O. BOX 5229, CINCINNATI, OH 45201-5229 |
| 8390453 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 21 2021 18:16:00 | US Bank, P.O. Box 790179, Saint Louis, MO 63179 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8914126 | | Platzer |
| 8914834 | *+ | Catafago Fini LLP, 350 Fifth Avenue, Suite 7412, New York, NY 10118-7412 |
| 8489178 | * | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Seth Harris | |

Case 8-14-73640-las    Doc 511    Filed 12/23/21    Entered 12/24/21 00:07:54

| District/off: 0207-8 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: 269 | Total Noticed: 43 |

| | |
|---|---|
| | on behalf of Creditor Schlam Stone & Dolan LLP aharris@schlamstone.com |
| Anthony C Acampora | |
| | on behalf of Plaintiff SilvermanAcampora LLP efilings@spallp.com<br>aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com |
| Anthony C Acampora | |
| | on behalf of Plaintiff Rocco and Josephine Marini efilings@spallp.com<br>aca@spallp.com;ksilverman@ecf.epiqsystems.com;ggerson@sallp.com;sgiugliano@silvermanacampora.com |
| Clifford Katz | |
| | on behalf of Debtor Harold Adamo Jr. ckatz@platzerlaw.com |
| Clifford Katz | |
| | on behalf of Attorney Platzer Swergold, Levine, Goldberg, Katz & Jaslow, LLP ckatz@platzerlaw.com |
| Deborah Kall Schaal | |
| | on behalf of Creditor Daimler Trust dschaal@rochester.rr.com dschaal@gordonandschaal.com |
| Gerard R Luckman | |
| | on behalf of Plaintiff Rocco and Josephine Marini GLuckman@SilvermanAcampora.com<br>GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com |
| Gerard R Luckman | |
| | on behalf of Creditor Rocco and Josephine Marini GLuckman@Forchellilaw.com<br>GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com |
| Harvey Alan Strickon | |
| | on behalf of Mediator Harvey A. Strickon harveystrickon@paulhastings.com |
| James G. Verrillo | |
| | on behalf of Defendant Fairfield University jverrillo@znclaw.com nmankulics@znclaw.com |
| Marc A Pergament | |
| | on behalf of Plaintiff Marc A. Pergament mpergament@wgplaw.com N167@ecfcbis.com |
| Marc A Pergament | |
| | on behalf of Attorney Tarter Krinsky & Drogin LLP mpergament@wgplaw.com N167@ecfcbis.com |
| Marc A Pergament | |
| | on behalf of Trustee Marc A. Pergament mpergament@wgplaw.com N167@ecfcbis.com |
| Marc A Pergament | |
| | on behalf of Plaintiff Marc A. Pergament Chapter 7 Trustee of the Estate of Harold Adamo, Jr. mpergament@wgplaw.com, N167@ecfcbis.com |
| Marc A Pergament | |
| | on behalf of U.S. Trustee United States Trustee mpergament@wgplaw.com N167@ecfcbis.com |
| Marc A Pergament | |
| | on behalf of Creditor Rocco and Josephine Marini mpergament@wgplaw.com N167@ecfcbis.com |
| Marc A Pergament | |
| | on behalf of Debtor Harold Adamo Jr. mpergament@wgplaw.com, N167@ecfcbis.com |
| Marc A Pergament | |
| | on behalf of Plaintiff Marc A Pergament mpergament@wgplaw.com N167@ecfcbis.com |
| Marc A. Pergament | |
| | mpergament@wgplaw.com n167@ecfcbis.com |
| Marc A. Pergament | |
| | on behalf of Plaintiff Marc A. Pergament mpergament@wgplaw.com n167@ecfcbis.com |
| Marc A. Pergament | |
| | on behalf of Plaintiff Marc A. Pergament Chapter 7 Trustee of the Estate of Harold Adamo, Jr. mpergament@wgplaw.com, n167@ecfcbis.com |
| Marc A. Pergament | |
| | on behalf of Trustee Marc A. Pergament mpergament@wgplaw.com n167@ecfcbis.com |
| Marc A. Pergament | |
| | on behalf of Plaintiff Marc A Pergament mpergament@wgplaw.com n167@ecfcbis.com |
| Marianna Moss | |
| | on behalf of Creditor Rocco and Josephine Marini mosslawpractice@gmail.com |
| Marianna Moss | |
| | on behalf of Plaintiff Rocco and Josephine Marini mosslawpractice@gmail.com |
| Mark E Cohen | |
| | on behalf of Creditor Bank of the West MECESQ2@aol.com |

Case 8-14-73640-las    Doc 511    Filed 12/23/21    Entered 12/24/21 00:07:54

| District/off: 0207-8 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: 269 | Total Noticed: 43 |

Martin A Mooney
    on behalf of Creditor Ford Motor Credit Company LLC as agent for CAB East  LLC lgadomski@schillerknapp.com, TJohnson@schillerknapp.com;lmilas@schillerknapp.com

Michael A. Carbone
    on behalf of Defendant Fairfield University mcarbone@znclaw.com

Patrick T Collins
    on behalf of Defendant Hofstra University pcollins@farrellfritz.com ffbkmao@farrellfritz.com

Paul J Hooten
    on behalf of Plaintiff American Express Centurion Bank pjhooten@mindspring.com

Paul J Hooten
    on behalf of Plaintiff American Express Bank  FSB pjhooten@mindspring.com

Peter Moulinos
    on behalf of Creditor Brooklyn Law School peter@moulinos.com

Peter Moulinos
    on behalf of Defendant Brooklyn Law School peter@moulinos.com

Robert Nosek
    on behalf of Creditor Rocco and Josephine Marini rnosek@certilmanbalin.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Robert Nosek
    on behalf of Plaintiff Rocco and Josephine Marini rnosek@certilmanbalin.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Robert J Spence
    on behalf of Attorney Tarter Krinsky & Drogin LLP rspence@spencelawpc.com  spenceecf@gmail.com

Robert J Spence
    on behalf of U.S. Trustee United States Trustee rspence@spencelawpc.com  spenceecf@gmail.com

Robert J Spence
    on behalf of Debtor Harold Adamo  Jr. rspence@spencelawpc.com, spenceecf@gmail.com

Robert J Spence
    on behalf of Creditor Rocco and Josephine Marini rspence@spencelawpc.com  spenceecf@gmail.com

Robert J Spence
    on behalf of Trustee Marc A. Pergament rspence@spencelawpc.com  spenceecf@gmail.com

Robert K. Weiler
    on behalf of Interested Party Restaurant Creative Concepts Management  LLC rweiler@bhlawpllc.com, lellis@bhlawpllc.com;mklein@bhlawpllc.com

Ronald J Friedman
    on behalf of Plaintiff SilvermanAcampora LLP efilings@spallp.com rfriedman@silvermanacampora.com;dmahoney@silvermanacampora.com;CTiso@SilvermanAcampora.com

Scott Markowitz
    on behalf of Attorney Tarter Krinsky & Drogin LLP smarkowitz@tarterkrinsky.com snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Scott Markowitz
    on behalf of Interested Party Bullion Shark  LLC smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Scott Markowitz
    on behalf of Interested Party Francesca Adamo smarkowitz@tarterkrinsky.com snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Scott Markowitz
    on behalf of Interested Party Nicholas Adamo smarkowitz@tarterkrinsky.com snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Scott Markowitz
    on behalf of Debtor Harold Adamo  Jr. smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Scott Markowitz
    on behalf of Interested Party Lisa Adamo smarkowitz@tarterkrinsky.com snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Scott Moss
    on behalf of Creditor Rocco and Josephine Marini moss.scott.a@gmail.com

Scott Moss
    on behalf of Plaintiff Rocco and Josephine Marini moss.scott.a@gmail.com

Seth M Choset

| | |
|---|---|
| | on behalf of Plaintiff Marc A. Pergament Chapter 7 Trustee of the Estate of Harold Adamo, Jr. schoset@wgplaw.com |
| Seth M Choset | |
| | on behalf of Plaintiff Marc A Pergament schoset@wgplaw.com |
| Seth M Choset | |
| | on behalf of Plaintiff Marc A. Pergament schoset@wgplaw.com |
| Sharan Abraham | |
| | on behalf of Plaintiff Rocco and Josephine Marini sharanrachel@gmail.com |
| Sharan Abraham | |
| | on behalf of Creditor Rocco and Josephine Marini sharanrachel@gmail.com |
| Teresa Sadutto-Carley | |
| | on behalf of Defendant Harold Adamo Jr. tsadutto@platzerlaw.com, mkaplan@platzerlaw.com |
| Teresa Sadutto-Carley | |
| | on behalf of Attorney Catafago Fini LLP tsadutto@platzerlaw.com mkaplan@platzerlaw.com |
| Teresa Sadutto-Carley | |
| | on behalf of Attorney Platzer Swergold, Levine, Goldberg, Katz & Jaslow, LLP tsadutto@platzerlaw.com, mkaplan@platzerlaw.com |
| Teresa Sadutto-Carley | |
| | on behalf of Debtor Harold Adamo Jr. tsadutto@platzerlaw.com, mkaplan@platzerlaw.com |
| United States Trustee | |
| | USTPRegion02.LI.ECF@usdoj.gov |
| Veronique Anne Urban | |
| | on behalf of Defendant Fairfield University vurban@farrellfritz.com |
| Veronique Anne Urban | |
| | on behalf of Defendant Hofstra University vurban@farrellfritz.com |

TOTAL: 62

| Information to identify the case: | | |
|---|---|---|
| Debtor | Harold Adamo, Jr. | EIN: _ _−_ _ _ _ _ _ _ |
| | Name | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed in chapter: | 11  8/6/14 |
| Case number:  8−14−73640−las | Date case converted to chapter: | 7  7/13/16 |

# NOTICE CLOSING CASE WITHOUT DISCHARGE

**NOTICE IS HEREBY GIVEN THAT:**

The above−captioned case has been closed without the entry of a discharge, due to the debtor's failure to timely file with the Court a Certificate of Debtor Education or Official Form 423 in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education or Official Form 423, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: December 21, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLclccm1.jsp** [Notice of Case Closed due to No Financial Management Certificate rev. 2.17.21]